IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GRENDA RAY HARMER )
)
v. ) NO. 3-11-0985
) JUDGE CAMPBELL
DON CAUDLE, et al. )

ORDER

Pending before the Court are two Reports and Recommendations of the Magistrate Judge (Docket Nos. 121 and 122 ) and Objections filed by the Plaintiff (Docket Nos. 126 and 127).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Reports and Recommendations, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Reports and Recommendations are adopted and approved.

Accordingly, the Motion to Dismiss filed by Defendants Schofield, Hodge, Moran, Lester and Clark (Docket No. 66) is GRANTED, and Plaintiff's claims against these Defendants are DISMISSED. In addition, the Motion to Dismiss filed by Defendant Caudle (Docket No. 63) is GRANTED, and Plaintiff's claims against Defendant Caudle are DISMISSED.

This matter is referred back to the Magistrate Judge in accordance with the Court's prior Order (Docket No. 6).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE